THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:13-cr-00015-MR-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CARL WESLEY JUNALUSKA, II, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 71]. The Defendant consents to the Motion.

Upon careful consideration of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 71] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Carl Wesley Junaluska, II.

**IT IS SO ORDERED.**   Signed: November 20, 2013

Martin Reidinger
United States District Judge